IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-10860
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

KEVIN TODD DAVIS,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:98-CR-63-2-T
- - - - - - - - - -

April 16, 1999

Before JONES, SMITH, and DUHÉ, Circuit Judges.

PER CURIAM:[*]

     The court-appointed attorney for Kevin Todd Davis has filed
a motion to withdraw from representation of Davis and a brief as
required by *Anders v. California*, 386 U.S. 738 (1967).  Davis has
filed no response to his attorney's motion and brief.  Our
independent review of the brief and the record discloses no
nonfrivolous issue.  Accordingly, Davis's court-appointed
attorney's motion to withdraw is GRANTED; the attorney is excused
from further responsibilities herein and the APPEAL IS DISMISSED.

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.